# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. **08 MJ 1699** |
| ) | |
| VS ) | COMPLAINT FOR VIOLATION OF |
| ) | 21 U.S.C. Sections 952 & 960, |
| Victor SOTO, JR. ) | Importation of a Controlled Substance |
| ) | |

The undersigned complainant being duly sworn states:

## COUNT 1

That on or about May 29, 2008, within the Southern District of California, Victor SOTO, JR. did knowingly and intentionally import approximately 11.10 kilograms (24.42 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Michael Brown, Special Agent
U.S. Immigration and
Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence, this 30th day of May 2008.

_____
United States Magistrate-Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Brown, declare under penalty of perjury, the following is true and correct.

On May 29, 2008, at approximately 2130 hours, Victor SOTO, JR., driving a 2005 Toyota Tacoma bearing California license plate number 7S68499, applied for entry into the United States from Mexico at the San Ysidro, CA Port of Entry via vehicle primary lane number 14.

Customs & Border Protection Officer (CBPO) Romeo Valdez, who was assigned to vehicle primary lane 14, stated that he received a California drivers license from SOTO as proof of identity, two birth certificates as proof of U.S. citizenship for SOTO and his one-year-old son, and a negative customs declaration. CBPO Valdez stated that while performing his inspection of the vehicle, he observed plastic wrapped packages concealed behind the seats of the truck. CBPO Valdez stated that when he first asked SOTO about the packages, SOTO denied any knowledge of the packages behind the seats. CBPO Valdez stated that as he continued his inspection of the packages, he again asked SOTO about the contents of the packages. CBPO Valdez stated that SOTO then stated that the packages contained marijuana.

On May 29, 2008, at approximately 2134 hours, Canine Enforcement Officer Jennifer Corvino, who was assigned to the San Ysidro Port of Entry, utilized her narcotics detector dog to screen the Toyota Tacoma while at primary inspection booth #14. CEO Corvino stated that her assigned narcotics detector dog alerted to the presence of a narcotic odor emitting from the driver's side door

seam of the 2005 Toyota Tacoma bearing California/U.S. license plate number 7S68499.

On May 29, 2008, at approximately 2130 hours, CBPO Timothy Woodring, while working in the San Ysidro POE vehicle secondary lot, was assigned the inspection of the Toyota Tacoma. CBPO Woodring discovered plastic-wrapped packages of a green leafy substance concealed behind the seats of the Toyota Tacoma. A field-test on the contents of a randomly selected package resulted in a positive reaction for marijuana. A total of seven packages of marijuana with a weight of 11.10 kilograms/24.42 pounds were removed from the Toyota Tacoma.

On May 29, 2008, at approximately 1010 hours, Victor SOTO, JR., was advised of his Miranda Rights, in the English language, by U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Michael Brown. ICE SA Ed Coderes was present during the advisement of rights. Victor SOTO, JR. told ICE Agents that he was being paid $1000.00 U.S. dollars to smuggle 10 kilograms of marijuana into the U.S. from Mexico.

# Defendant Locator Form

(Staple behind the Magistrate Information Sheet in front of Criminal History Info)
(Revised: 8/13/04)

## ICE – SAN YSIDRO (619) 671-4500

Name of Defendant: <u>Victor SOTO, JR.</u>     DOB: <u>11-05-1975</u>

A-File Number _____ Charge <u>21USC952/960</u>

## MCC Information (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date: <u>May 30, 2008</u>     Time <u>0930 hours</u>

Booking Number: _____

Transport Officer: <u>Mike Brown/SA/ICE</u>

Receiving Official at MCC: _____

## Juvenile Hall Information (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____ Time _____

Juvenile Hall Booking Number: _____

Transport Officer: _____

Receiving Official at Juvenile Hall: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____ Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone Number at Nurses' Station: _____

Expected Date of Defendant's Release from Hospital: _____